IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2010 MAR 16 PM 12: 05
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: REESE, BRIAN & BRENDA    CASE NO: 08-54799

CHAPTER 7

Debtor(s)    HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Wilson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| | | |
|---|---|---|
| Claim# 3 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $717.55 |
| Claim# 4 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $1000.09 |

*[handwritten: $1,717.64  ck # 2001  Receipt # 81344]*

2. A trustee's check for $1717.64 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: March 12, 2010

Richard A. Wilson
Chapter 7 Trustee
1221 S. Water Street
Kent, OH 44240
Phone: 330.678.2850
Fax: 330.678.2058
buckeye56@sbcglobal.net